UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 25 AM 10: 21

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | '08 MJ 2619 |
|  | ) | Magistrate Case No. |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | COMPLAINT FOR VIOLATION OF |
|  | ) |  |
| **Lizbeth C. HERNANDEZ-Razo** | ) | Title 8, U.S.C., Section |
|  | ) | 1324(a)(2)(B)(iii)- |
| Defendant. | ) | Bringing in Illegal Alien(s) |
|  | ) | Without Presentation |
|  | ) |  |
|  | ) |  |

The undersigned complainant being duly sworn states:

On or about **August 21, 2008**, within the Southern District of California, defendant **Lizbeth C. HERNANDEZ-Razo**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria Cita HERNANDEZ-Sanchez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25**th DAY OF **AUGUST, 2008**.

Honorable, William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

Aug 23 08 11:18a

p.1

DEK

Case 3:08-mj-02619-WMC   Document 1   Filed 08/25/2008   Page 2 of 2


I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

The complainant states that **Maria Cita HERNANDEZ-Sanchez**, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 21, 2008, at approximately 2235 hours, **Lizbeth Candelaria HERNANDEZ-Razo (Defendant)** applied for admission into the United States at the San Ysidro, California Port of Entry as the sole visible occupant of a 1994 green in color Dodge Grand Caravan. During the inspection, a Customs and Border Protection (CBP) Officer received a United States Passport from the Defendant as proof of admissibility and identity. The CBP officer questioned the Defendant as to what she had to declare, who the vehicle belonged to, and where she was going, to which Defendant responded: she had nothing to declare, the vehicle belonged to her friend, and she was traveling home to San Ysidro, California. A Canine Enforcement Officer approached the vehicle and his Narcotic/Human Detector Dog alerted to the vehicle. CBP Officers escorted the vehicle into Secondary Inspection for further processing.

In secondary, CBP Officers inspected the vehicle and noticed a person concealed within the driver side quarter panel of the vehicle. The interior seats and side quarter panel were removed revealing an adult female. The adult female was later determined to be a citizen of Mexico without entitlements to enter the United States. The adult female is now identified as: **Maria Cita HERNANDEZ-Sanchez (Material Witness)**.

During a videotaped interview, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted to having knowledge of the concealed individual in the vehicle. Defendant stated she attempted to smuggle the Material Witness as a favor for her boyfriend and was instructed to deliver the vehicle to a predetermined location in Chula Vista, California.

On a separate videotaped interview, Material Witness admitted she is a citizen of Mexico without legal rights to enter the United States. Material Witness stated she was going to pay approximately $2,500.00 USD to be smuggled into the United States. Material Witness stated she was en route to San Marcos, California to visit family.

EXECUTED ON THIS 22nd DAY OF AUGUST 2008 AT 2200 HOURS.

_____
Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 1 page, I find probable cause to believe that the defendants named therein committed the offense on August 21, 2008 in violation of Title 8, United States Code, Section 1324.

_____
MAGISTRATE JUDGE

8/23/08 @ 10:15 a.m.
DATE / TIME